IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA K. PAYER, an individual, and<br>DAVID G. PAYER, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANDREW OLSON, an individual,<br><br>　　　　　　Defendant. | Case No. 8:07-cv-00231 |

## **ORDER**

NOW, on this 20th day of December, 2007, *Plaintiffs' Unopposed Motion to Extend Deadline for Mediation* comes on before the Court. For good cause shown, the Court finds that the same should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Court that the mediation in this matter is continued from January 8, 2008 to February 19, 2008.

DATED December 20, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge