IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA K. PAYER, an individual, and <br> DAVID G. PAYER, an individual, <br> <br> Plaintiffs, <br> <br> v. <br> <br> ANDREW OLSON, an individual, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 8:07-cv-00231 <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

NOW, on this 13th day of February, 2008, *Plaintiffs' Second Unopposed Motion to Extend Deadline for Mediation* comes on before the Court. For good cause shown, the Court finds that the same should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Court that the mediation in this matter is continued from February 19, 2008 to March 25, 2008.

DATED February 13, 2008.

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          United States Magistrate Judge