# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA K. PAYER, an individual,** | ) | |
| **and DAVID G. PAYER, an individual,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:07CV231** |
| **vs.** | ) | |
| | ) | **SCHEDULING ORDER** |
| **ANDREW OLSON, an individual,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon review of the Mediation Closure Notice filed on March 25, 2008,

**IT IS ORDERED:**

1.    This matter is returned to the active trial docket.

2.    Counsel shall contact my chambers no later than **Friday, April 4, 2008** to schedule a conference for the purpose of progressing this case to trial.

**DATED March 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**