## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA K. PAYER and** | ) | **CASE NO. 8:07CV231** |
| **DAVID G. PAYER,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| **ANDREW OLSON,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Amended Stipulation of Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Amended Stipulation of Dismissal (Filing No. 37) is granted;

2. The Complaint and all claims in this action are dismissed with prejudice;

3. The parties shall pay their own costs and attorneys' fees; and

4. The Clerk's Office is directed to terminate all remaining motions in this case.

DATED this 2nd day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge